JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROUNDS, an individual; and THE KETO ALTERNATIVE, LLC, a California LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER COMPANY, an Ohio Corporation; BECKY DEGEORGE, the California Registered Agent; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 8:24-cv-02542-JWH-ADS<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendant's Motion to Dismiss [ECF No. 20]" filed substantially contemporaneously herewith, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Fictitiously named Defendants Does 1-20 are **DISMISSED.**

3. Defendant Becky DeGeorge was **DISMISSED** as a party defendant on or about October 24, 2024.

4. The Complaint of Plaintiffs William Rounds and The Keto Alternative, LLC is **DISMISSED with prejudice.**

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: May 9, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE